# United States District Court

## For The

### District of New Jersey

UNITED STATES OF AMERICA

        v.                                      Crim. No.   97-1073-001

Richard Chevasco

        On 03-19-04, the above named was placed on supervised release for a period of 3 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervised release supervision. It is accordingly recommended that the supervised releasee be discharged from supervised release.

Respectfully submitted,

United States Probation Officer
Maureen Kelly

## ORDER OF THE COURT

        Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _____7th_____ day of _____January_____, 20_06_.

cc: Counsel
Probation Dept, EDNY and DNJ

_____
United States District Judge

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

THOMAS S. LARSON
SUPERVISING U.S. PROBATION OFFICER

November 14, 2005

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
**FAX: (973) 357-4092**

D I͞F

The Honorable Allyne R. Ross
252 U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818
*VIA FACSIMILE: 718-260-2386*

RE:  *Richard Chevasco*
     *Dkt.# 97-1073-001*
     *Request for Early Termination*

Dear Judge Ross:

I am responding to your verbal request of November 14, 2005 regarding Mr. Chevasco's motion for early termination from supervised release. On July 23, 1998, Your Honor sentenced the above-named individual to 87 months incarceration followed by a three-year-term of supervised release for Importation of Heroin. Due to his residence in New Jersey, Mr. Chevasco has been under our supervision since March 19, 2004. Mr. Chevasco has been compliant while on supervised release, and appears to be making every effort to reform himself.

Title 18 U.S.C. §§ 3564(c) and 3583(e)(1) permit the court to terminate terms of probation in misdemeanor cases at any time and *terms of supervised release or probation in felony cases after the expiration of one year of supervision if satisfied that such action is warranted by the conduct of an offender and is in the interest of justice* [emphasis added].

The general criteria for recommending early termination are as follows: stable community reintegration; progressive strides toward supervision objectives and in compliance with all conditions of supervision; no aggravated role in the offense of conviction; no history of violence; no recent arrests or convictions (including unresolved pending charges), or ongoing, uninterrupted patterns of criminal conduct; no recent evidence of alcohol or drug abuse; no recent psychiatric episodes; no identifiable risk to the safety of any identifiable victim; and no identifiable risk to public safety. Mr. Chevasco satisfies all the general criteria for early termination.

Based on the satisfaction of these criteria, our office does not oppose Mr. Chevasco's motion for early termination. If Your Honor orders early termination in this case, please sign the attached form and forward it to me so that I may close Mr. Chevasco's case.

Thank you for your kind assistance in this matter. If you have any questions, do not hesitate to contact me at (973) 357-4086/4080.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Maureen Kelly
U.S. Probation Officer

mk/
Attachment